# Court of Appeals
# of the State of Georgia

ATLANTA, __August 27, 2019_____

*The Court of Appeals hereby passes the following order:*

**A20E0004.  DAY v. MASON.**

Brandon Day has filed an emergency motion pursuant to Court of Appeals Rule 40 (b), seeking an extension of time to file a discretionary application of an order entered on August 5, 2019. Having considered the motion, it is hereby **GRANTED**. Day shall file his discretionary application on or before October 4, 2019.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/27/2019_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*